# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KIEYANDA JONES

VERSUS

FIVE STAR VAN TRANSPORTATION
LLC, ABC INSURANCE COMPANY,
JOSEPH FRANK LEWIS, ODYSSEY
HOUSE LOUISIANA, INC., GHI
INSURANCE COMPANY

NO. 2024 CW 0371

**JULY 29, 2024**

---

In Re:   Odyssey House Louisiana, Inc., applying for supervisory
writs, 23rd Judicial District Court, Parish of
Ascension, No. 129775.

---

**BEFORE:   CHUTZ, GREENE, AND STROMBERG, JJ.**

**WRIT DENIED.**

**WRC**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT